## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 25-cr-032 (ACR) |
| v. : | |
| : | |
| JAMES KRETCHMAR, : | |
| : | |
| Defendant. : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Karen Shinskie. AUSA Shinskie will be substituting for AUSA Paul Courtney.

    Respectfully submitted,

    EDWARD R. MARTIN, Jr.
    United States Attorney
    DC Bar No. 481866

By:   /s/ *Karen Shinskie*
    KAREN SHINSKIE
    D.C. 1023004
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20530
    202-252-7688
    Karen.Shinskie@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 6th day of February, 2025, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

    /s/ *Karen Shinskie*
KAREN SHINSKIE
Assistant United States Attorney