AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JAMES SAUNDERS KRETCHMAR,

*Defendant*

)
)
)
)
)
)

Case: 1:25-cr-00032
Assigned To : Reyes, Ana C.
Assign. Date : 1/29/2025
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JAMES SAUNDERS KRETCHMAR ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2), (b)(1) (distribution of child pornography)

Date:  01/29/2025

*Issuing officer's signature*

City and state:  Washington, D.C.

Hon. Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/29/2025 , and the person was arrested on *(date)* 02/14/2025
at *(city and state)* Orlando, FL .

Date: 02/14/2025

*Arresting officer's signature*

William Parks, Special Agent, FBI
*Printed name and title*