AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:25-cr-00032 |
| JAMES SAUNDERS KRETCHMAR, | ) Assigned To : Reyes, Ana C. |
| | ) Assign. Date : 1/29/2025 |
| | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **JAMES SAUNDERS KRETCHMAR**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2), (b)(1) (distribution of child pornography)

Date: 01/29/2025

_____
*Issuing officer's signature*

City and state: Washington, D.C.

Hon. Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/29/2025, and the person was arrested on *(date)* 02/14/2025
at *(city and state)* Orlando, FL.

Date: 02/14/2025

_____
*Arresting officer's signature*

William Parks, Special Agent, FBI
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLERK'S MINUTES

| CASE NO.: | 6:25-mj-1143 | DATE: | February 14, 2025 |
|---|---|---|---|
| HONORABLE LESLIE HOFFMAN PRICE | | INTERPRETER: | |
| UNITED STATES OF AMERICA v. JAMES SAUNDERS KRETCHMAR | | LANGUAGE: | |
| | | ASSISTANT U.S. ATTORNEY: | Courtney Richardson-Jones |
| | | DEFENSE COUNSEL: | Katherine Puzone |
| COURT REPORTER: | DIGITAL | DEPUTY CLERK: | Edward Jackson |
| TIME: 1:50-2:30 | TOTAL: 40 mins | PRETRIAL: | Estefania Vega-Romero |
| | | COURTROOM: | 5D |

**PROCEEDINGS: INITIAL APPEARANCE/DETENTION HEARING**

(✓)   Case called; appearances taken; procedural setting by the Court.

(✓)   Court inquired of the Defendant regarding competency.

(✓)   Defendant advised of Rule 5c rights.

(✓)   Parties were advised of the requirement pursuant to the Due Process Protections Act.

(✓)   Oral motion for counsel. Motion was granted, and counsel was appointed.

(✓)   Defendant was advised of the charge(s) and penalties in the charging document.

(✓)   Defendant waived the right to an identity hearing.

(✓)   Oral motion by the Government for (✓) Detention ( ) Release

(✓)    Proffer from Counsel for the Government.

(✓)    Defendant's witness sworn and testified: Jose Navidad Molina

(✓)   Counsel for the Government cross-examined the witness.

(✓)     Oral argument presented.

(✓)     Court (✓) granted the motion for detention ( ) denied the motion for detention.

(✓)     Order of Detention entered.

(✓)     Order of Removal and Commitment entered.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                                         CASE NO: 6:24-mj-1143

**JAMES SAUNDERS KRETCHMAR**

Charging District's
Case No. <u>1:25-cr-00032</u>

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I, **JAMES SAUNDERS KRETCHMAR** understand that I have been charged in the District of Columbia.

I have been informed of the charges and of my rights to:

   (1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;
   (2)   an identity hearing to determine whether I am the person named in the charges;
   (3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
   (4)   a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise - unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;
   (5)   a hearing on any motion by the government for detention;
   (6)   request transfer of the proceedings to this district under Fed.R. Crim.P. 20, to plead guilty.

**I AGREE TO WAIVE MY RIGHT(s) TO:**

   [x]   an identity hearing

   [ ]   a preliminary hearing

   [ ]   a detention hearing

   [ ]   an identity hearing and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

February 14, 2025

_____
Defendant's Signature

_____
Signature of defendant's attorney

Katherine Pucore
Printed name of defendant's attorney

FBN 94491

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                                  **CASE NO: 6:25-mj-1143**

**JAMES SAUNDERS KRETCHMAR**

## ORDER OF DETENTION

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. The following facts and circumstances require the defendant to be detained.

No condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

This conclusion is based on the findings and analysis of the matters enumerated in 18 U.S.C. § 3142(g) as stated on the record in open court at the detention hearing.

### DIRECTIONS REGARDING DETENTION

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date:  February 14, 2025

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                                                                          **CASE NO: 6:25-mj-1143**

**JAMES SAUNDERS KRETCHMAR**

### FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
### PURSUANT TO RULE 5c FED.R.CRIM.P.

James Saunders Kretchmar, having been arrested and presented before me for removal proceedings pursuant to Rule 5c Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5c thereof, the following has occurred of record.

An Initial Appearance on the Rule 5c Indictment from the District of Columbia was held on February 14, 2025.

Based on the defendant's waiver of identity hearing, I find that JAME SAUNDERS KRETCHMAR is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that **JAMES SAUNDERS KRETCHMAR** be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on February 14, 2025.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
Counsel of Record

AO 94  (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

UNITED STATES OF AMERICA

VS.                                                             CASE NO: 6:25-mj-1143

JAMES SAUNDERS KRETCHMAR

                                                               Charging District's
*Defendant*                                       Case No. 1:25-cr-00032

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the    District of Columbia

The defendant:       is requesting court appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

**Date:**    **February 14, 2025**

CLOSED,CUSTODY

# U.S. District Court
# Middle District of Florida (Orlando)
# CRIMINAL DOCKET FOR CASE #: 6:25-mj-01143-LHP All Defendants

Case title: USA v. Kretchmar

Date Filed: 02/14/2025

Date Terminated: 02/14/2025

Assigned to: Magistrate Judge Leslie Hoffman Price

**Defendant (1)**

**James Saunders Kretchmar**  
*TERMINATED: 02/14/2025*

represented by **Katherine Puzone**  
Federal Public Defender Florida Middle Judiciary  
201 South Orange Avenue  
Suite 300  
Orlando, FL 32801  
407-648-6338  
Email: katherine_puzone@fd.org  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO | |

| | | |
|---|---|---|
| **USA** | represented by | **Courtney Richardson-Jones**<br>DOJ-USAO<br>Orlando Division<br>400 W Washington Street<br>Suite 3100<br>Orlando, FL 32801<br>407-648-7531<br>Email: courtney.richardson-jones@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2025 | 1 | Arrest pursuant to Rule 5(c)(2) of James Saunders Kretchmar from the District of Columbia. (ECJ) (Entered: 02/14/2025) |
| 02/14/2025 | 2 | Minute Entry for In Person proceedings held before Magistrate Judge Leslie Hoffman Price: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 2/14/2025 as to James Saunders Kretchmar from the District of Columbia. Appearance entered by Katherine Puzone for James Saunders Kretchmar on behalf of defendant, DETENTION HEARING as to James Saunders Kretchmar held on 2/14/2025. (DIGITAL) (ECJ) (Entered: 02/14/2025) |
| 02/14/2025 | 3 | ***CJA 23 Financial Affidavit by James Saunders Kretchmar. (ECJ) (Entered: 02/14/2025) |
| 02/14/2025 | 4 | ORAL MOTION to Appoint Counsel by James Saunders Kretchmar. (ECJ) (Entered: 02/14/2025) |
| 02/14/2025 | 5 | **ORDER granting 4 Oral Motion to Appoint Counsel as to James Saunders Kretchmar (1). The Federal Public Defender is appointed to represent the defendant n this district. Signed by Magistrate Judge Leslie Hoffman Price on 2/14/2025. (ECJ)** (Entered: 02/14/2025) |
| 02/14/2025 | 6 | WAIVER of Rule 5 & 5.1 Hearings hearing by James Saunders Kretchmar. (ECJ) (Entered: 02/14/2025) |
| 02/14/2025 | 7 | ORAL MOTION for Detention by USA as to James Saunders Kretchmar. (ECJ) (Entered: 02/14/2025) |
| 02/14/2025 | 8 | **ORDER granting 7 Oral Motion for Detention as to James Saunders Kretchmar (1). No condition or combination of conditions of release will reasonably assure the safety of any other person and the community. Signed by Magistrate Judge Leslie Hoffman Price on 2/14/2025. (ECJ)** (Entered: 02/14/2025) |
| 02/14/2025 | 9 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to James Saunders Kretchmar. Signed by Magistrate Judge Leslie Hoffman Price on 2/14/2025. (ECJ)** (Entered: 02/14/2025) |
| 02/14/2025 | 10 | **COMMITMENT TO ANOTHER DISTRICT as to James Saunders Kretchmar. Defendant committed to the District of Columbia. Signed by Magistrate Judge Leslie Hoffman Price on 2/14/2025. (ECJ)** (Entered: 02/14/2025) |
| 02/14/2025 | 11 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20-mc-20-TJC, Doc 1 as to James Saunders Kretchmar: Pursuant to the Due Process Protections Act, the Court |

| | | |
|---|---|---|
| | | Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (ECJ) (Entered: 02/14/2025) |
| 02/14/2025 | | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to James Saunders Kretchmar regarding your case number: 1:25-cr-00032. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (ECJ) (Entered: 02/14/2025) |