AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JAMES SAUNDERS KRETCHMAR,

*Defendant*

**RECEIVED**
By USMS District of Columbia District Court at 9:35 am, Jan 30, 2025

Case: 1:25-cr-00032
Assigned To : Reyes, Ana C.
Assign. Date : 1/29/2025
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JAMES SAUNDERS KRETCHMAR,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2), (b)(1) (distribution of child pornography)

Date: 01/29/2025

*Issuing officer's signature*

City and state: Washington, D.C.

Hon. Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/30/2025, and the person was arrested on *(date)* 3/11/2025
at *(city and state)* Washington DC.

Date: 3/11/2025

*Arresting officer's signature*

Kayleen Bretz Deputy United States Marshal
*Printed name and title*