# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 1:25-cr-32 (ACR) |
| | : |
| JAMES KRETCHMAR, | : |
| | : |
| **Defendant.** | : |

## UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE
## AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through undersigned counsel, respectfully moves this Court to vacate the Status Conference scheduled for Monday, May 12, 2025, at 10:30 a.m., and continue it until June 24, 2025 at 10:00am. The continuance is necessary in order to allow additional time for the government to review electronic devices seized in this case and for the parties to continue discussions pertaining to the anticipated pre-trial disposition of this case.

The government also moves to exclude time under the Speedy Trial Act because the continuance is necessary to (i) facilitate the anticipated pre-trial disposition of this case. *See* 18 U.S.C. § 3161(h)(7)(A). The undersigned prosecutor conferred with defendant's counsel, who does not oppose the requested continuance or exclusion of time.

WHEREFORE, the government respectfully requests that this Court grant its unopposed Motion, vacate the Status Conference currently scheduled for Monday, May 12, 2025, at 10:30 a.m., and continue it until June 24, 2025 at 10:00am., and exclude time under the Speedy Trial Act through and including that date.

Respectfully submitted,

EDWARD R. MARTIN, Jr.
UNITED STATES ATTORNEY
D.C. Bar No. 481866

Dated: May 5, 2025        By:  */s/ Karen L. Shinskie*
Karen L. Shinskie
D.C. Bar No. 1023004
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia

1

        601 D Street NW
        Washington, D.C. 20530
        (202) 730-6878
        Karen.Shinskie@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:25-cr-32 (ACR) |
| | : | |
| **JAMES KRETCHMAR,** | : | |
| | : | |
| Defendant. | : | |

**[PROPOSED] ORDER**

Upon consideration of the government's unopposed Motion to Continue Status Conference and to Exclude Time under the Speedy Trial Act, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the Status Conference scheduled for Monday, May 12, 2025, at 10:30 a.m., is **VACATED**. It is further

**ORDERED** that the parties shall appear for a Status Conference on _____, 2025, at _____ a.m., in person in Courtroom 12;  It is further

**ORDERED** that time be excluded under the Speedy Trial Act until the the next status hearing on \_\_\_\_\_, 2025 at \_\_\_ a.m.


SO ORDERED this_____day of_____, 2025.


_____
HONORABLE ANA C. REYES
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLUMBIA